STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SAILAJA M. PAIDIPATY (NYBN 5160007)
Assistant United States Attorneys

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
sailaja.paidipaty@usdoj.gov

Attorneys for United States of America

FILED

Nov 09 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGARDO AGUILAR-CRUZ,<br>    a/k/a "Jose"<br><br>Defendant. | CASE NO.:   3:21-mj-71624 MAG<br><br>[~~PROPOSED~~] ORDER DETAINING DEFENDANT PRIOR TO TRIAL |

On October 22, 2021, this Court held a hearing on the government's motion to detain Defendant Edgardo Aguilar-Cruz pretrial. For the reasons stated on the record and summarized below, the Court orders Aguilar-Cruz detained.

Aguilar-Cruz is charged in a Criminal Complaint with one count of conspiring to distribute controlled substances, in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C). The defendant made an initial appearance on October 15, 2021, at which time the government moved for detention.

Having reviewed the criminal Complaint, the bail report prepared by U.S. Pretrial Services, and having heard arguments from both sides on October 22, 2021, the Court finds that the government has established by a preponderance of the evidence that Aguilar-Cruz is a flight risk. The defendant is

Honduran and has spent most of his life there. His parents and sister are there, and he maintains regular contact with them. Given the potential prison time he may face in the event of a conviction, he has an incentive to flee and a place to go. In addition, Aguilar-Cruz has had a history of unstable housing and minimal verifiable employment, further indicating that he has few ties to this jurisdiction, so it would be easy for him to leave. While the Court appreciates the willingness of his child's mother to act as a co-signer and custodian, in this case it is insufficient to mitigate the risk of flight.

The Court determines that, based on the current record, there is no condition or combination of conditions of release that can reasonably assure the defendant's appearance as required. Accordingly, pursuant to 18 U.S.C. § 3142(i), IT IS HEREBY ORDERED THAT:

(1) Defendant is committed to the custody of the Attorney General for confinement in a corrections facility;

(2) Defendant be afforded reasonable opportunity for private consultation with his counsel; and

(3) on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

November 9, 2021

HON. THOMAS S. HIXSON
United States Magistrate Judge